UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ZACHARY FONTANA | CASE NO. 3:20-CV-00100 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| H O V G L L C ET AL | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, together with the Objection [Doc. No. 13] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that defendant HOVG, LLC d/b/a Bay Area Credit Services, LLC's motion to dismiss is **GRANTED** and the claim is **DISMISSED, WITH PREJUDICE**.

THUS DONE AND SIGNED, in Chambers, at Monroe, Louisiana, this 30TH day of June, 2020.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT